

# THE THIRTEENTH COURT OF APPEALS

13-13-00234-CV

AMERICAN GENERAL LIFE INSURANCE COMPANY
v.
JUAN J. MANCILLAS, M. D., ET AL

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. C-478-11-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that American General's motion for summary judgment be granted. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

November 20, 2014